## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Francis Akinro,
P.O. Box 23510,
Baltimore, MD 21203.
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

KMart, et. al.
7923 Belair Rd,
Baltimore, MD 21236.

*(Full name and address of the defendant(s))*
**Defendant(s)**

\_\_\_\_ FILED  \_\_\_\_ ENTERED
\_\_\_\_ LOGGED  \_\_\_\_ RECEIVED

JUN 08 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Civil No.: JFM10CV1503
*(Leave blank. To be filled in by Court.)*

\* \* \* \* \* \*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

Complaint (Rev. 12/2000)                         1

2. The facts of this case are:

Mrs. Winebrene iya Osho hire thousands of Ado-igbe Spirit policemen mainly Mrs. Omolewa, Iya Ropo, Daddy Ropo, and Tracy (Iya Boye) to be tracing me from point to point and from store to kill me with gun, dogs, and poison gas until I die. On May 30, 2010 K-Mart advertise their shoe to sale it at fifty percent off their regular price. I want to puchase a standard shoe at $12.50 which its original price is $24.99 K-Mart refuse to sale it for me at the price they advertise instead sale it at their original price as against by California business and professional code section 17533.

Mrs. Diana and her conspirator plot against me at the electronics section of the store simply because she have government power and her conspirator are ruling me like government by themself. They have policemen, Armies or Millitary, and their prison or custody to punished and kill me without anybody able to question them. They rely on this fact to kill me with their method using Mr. Raymod the electronic sale clerk to open the light and their gun men will come in to kill me. I avoid this and check out at another register without puchase the Laptop Computer Web camera I intend to buy.

3.  The relief I want the court to order is:

☒ Damages in the amount of: Four Hundred and Ninety seven thousand trillion Dollars.

☒ An injunction ordering: K-Mart to remove whatsever is hindering me from buying things on credit in their stores and whatever is hindering me from buying things freely.

☒ Other (explain) Life imprisonment and death penalty to each of the defendants base on their aggravated circumstance at the time of the offense of genocide in violation of 18 U.S.C. section 50a punishable under 18 U.S.C. Section 228.

_____
(original signature of plaintiff)

Professor Francis Akinro,

P.O. Box 23510,

Baltimore, MD 21203.
(address of plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.