FILED: September 8, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1762
(1:10-cv-01503-JFM)

_____

FRANCIS AKINRO

        Plaintiff - Appellant

v.

K MART, et al.

        Defendant - Appellee

_____

O R D E R

_____

The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*